# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

DAYLE WAYNE CAMPBELL,

        Plaintiff,        **CIVIL NUMBER: 3:23-cv-00010-RGE-SBJ**

v.

                **JUDGMENT IN A CIVIL CASE**

MARTIN J. O'MALLEY,
Commissioner of the
Social Security Administration,

        Defendant,

☐ **JURY VERDICT.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED**:

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation [18], the case is dismissed. Judgment is entered in favor of the Defendant and against the Plaintiff.

Date: March 25, 2024

                              CLERK, U.S. DISTRICT COURT

                              /s/ Kandy Sands
                              _____

                              By: Deputy Clerk